UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASSEM AHMAD ALAME,
    Petitioner,

-v-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, DISTRICT
DIRECTOR, ET AL.,
    Respondents.

No. 1:10-cv-653

HONORABLE PAUL L. MALONEY

## JUDGMENT

Having granted Respondent's motion to dismiss and finding that the issue presented in the petition for writ of habeas corpus is moot, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 2, 2010                       /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge